No. 83–6319.  LIPSCOMB v. FIRST INDEPENDENCE NATIONAL BANK.  C. A. 6th Cir.  Certiorari denied.

No. 83–6347.  HAYES v. PEACHTREE PLAZA HOTEL ET AL. C. A. 11th Cir.  Certiorari denied.

No. 83–6366.  MILLER v. FORESTER.  C. A. 4th Cir.  Certiorari denied.

No. 83–6369.  NEAL v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 83–6371.  MOORE v. LYNCH ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 83–6380.  THOMPSON v. MISSOURI ET AL.  C. A. 8th Cir. Certiorari denied.

No. 83–6395.  WARD v. GENERAL MOTORS CORP.  C. A. 9th Cir.  Certiorari denied.

No. 83–6400.  BROTHERS v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 83–6401.  FERRIN v. JONES, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 83–6411.  JONES v. YOUNG, SUPERINTENDENT, WAUPUN CORRECTIONAL INSTITUTION.  C. A. 7th Cir.  Certiorari denied.

No. 83–6412.  ACUFF v. DALLAS LEGAL SERVICES FOUNDATION, INC., ET AL.  Sup. Ct. Tex.  Certiorari denied.

No. 83–6460.  HIDALGO v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–6484.  BRAGGS v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 83–6485.  ACHARYA v. YOUNG ET AL.  C. A. 7th Cir. Certiorari denied.